# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOM MEISING et al., ) | Case No. 2:07-cv-534 |
| ) | |
| Plaintiffs, ) | U. S. District Judge Gary L. Lancaster |
| ) | |
| vs. ) | |
| ) | |
| THE BOROUGH OF OAKMONT, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41**

AND NOW comes the Plaintiffs, through, ERIK M. YURKOVICH, ESQ., who files this Stipulation of Dismissal, with Prejudice, pursuant to Fed. R. Civ. P. 41. All claims against the Borough of Oakmont, The Borough of Oakmont Council and Roger Dunlap are dismissed with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/ Erik M. Yurkovich | /s/ Thomas V. Gebler, Jr. |
| ERIK M. YURKOVICH, ESQ. | THOMAS V. GEBLER, JR., ESQ. |
| | |
| 207 Pine Creek Road | Margolis Edelstein |
| Bldg. 1, Suite 201 | 525 William Penn Place, Ste. 3300 |
| Wexford PA 15090 | Pittsburgh PA 15219 |
| T:724.933.9199 | T:412-281-4256 |
| *Counsel for the Plaintiff* | *Counsel for Defendants* |

Approved:

s/Gary L. Lancaster
U. S. District Judge

Dated: August 29, 2008