IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOM MEISING, ET UX.            )
    Plaintiffs,            )
                               )
              v.            )    Civil Action No. 07-534
                               )
OFFICER JACK EATON, ET AL.,    )
    Defendants.            )

## ORDER

AND NOW, this 31st day of December, 2008, IT IS HEREBY ORDERED that Jury selection and trial in the instant case, scheduled to begin January 5, 2009, will now begin before the undersigned on <u>Monday, February 23, 2009 at 9:30 a.m.</u> in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

                              BY THE COURT:

                              <u>s/Gary L. Lancaster</u>    , J.
                              The Honorable Gary L. Lancaster,
                              United States District Judge

cc:    All Counsel of Record