IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOM MEISING and KAREN MEISING,)
)
Plaintiffs,)
)
v.) Civil Action No. 07-0534
)
THE BOROUGH OF OAKMONT, COUNCIL,)
OFFICER JACK EATON and OFFICER JOE)
CATTANI, and ROGER DUNLAP,)
)
Defendants.)

ORDER

Gary L. Lancaster,
District Judge.                                    January 14, 2009

Before the court is defendants' motion in limine [doc. no. 39].

Plaintiffs Tom and Karen Meising have not responded to this motion even though their deadline to respond was December 12, 2008. Accordingly, we accept that defendants' motion in limine is uncontested and IT IS HEREBY ORDERED THAT the motion is GRANTED.

BY THE COURT:

/s/ _____, J.

cc: All Counsel of Record