IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOM MEISING AND KAREN MEISING    C.A. 07-00534

    Plaintiffs,    U.S. District Judge Gary Lancaster

v.

THE BOROUGH OF OAKMONT,
COUNCIL, OFFICER JACK EATON
AND OFFICER JOE CATTANI,
AND ROGER DUNLAP

    Defendants.

## STIPULATION OF DISMISSAL

And now this _19th_ day of May, 2009, it is hereby stipulated and agreed by and between the parties through their respective counsel that the above-captioned matter is DISMISSED pursuant to Fed. R. Civ. P. 41 with prejudice and without costs against any party.

_____
Erik M. Yurkovich, Esquire
Counsel For Plaintiffs

_____
Thomas V. Gebler, Jr., Esquire
Counsel For Defendants

It is so Ordered:

_____
U.S. District Judge Gary Lancaster

DATED: 6-2-09